# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| METRO INDUSTRIES, INC., a Nevada corporation, and INTERMETRO INDUSTRIES CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SYSTEMAX, INC., a Delaware corporation, and GLOBAL EQUIPMENT COMPANY INC., a New York corporation,<br><br>Defendants. | **CASE NO.:  3:12-cv-00160-LRH-VPC**<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO FILE VERIFIED PETITION AND DESIGNATION OF LOCAL COUNSEL AND NOTICE OF PLAINTIFFS' GRANT OF EXTENSION FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(Third Extension)**<br><br>**AND ORDER THEREON** |

Plaintiffs METRO INDUSTRIES, INC. and INTERMETRO INDUSTRIES CORPORATION (collectively, "plaintiffs"), by and through their undersigned counsel, respectfully submit this unopposed motion to extend time to file verified petition and designation of local counsel:

///

///

1

1. On March 23, 2012, plaintiffs filed their complaint in the above-entitled action against Defendants SYSTEMAX INC. and GLOBAL EQUIPMENT COMPANY, INC. (collectively, "defendants" and together with plaintiffs, the "parties").

2. Beginning on or about May 9, 2012, the parties have been actively discussing settlement. In June 2012, the parties arrived at a settlement in principal and so informed this Court. The parties have agreed to the settlement agreement and are only awaiting the formality of signature by the respective parties.

3. As the process of settlement is virtually complete, the parties seek to avoid needless and inefficient litigation.

4. Accordingly, the parties agree that the deadline for defendants to answer, appear or otherwise plead in response to the complaint shall be August 27, 2012.

5. The parties further agree that the time to file a stipulation for dismissal, as ordered by the Court on June 28, 2012, (Docket No. 15), shall be extended to August 27, 2012.

6. The parties further agree that the date upon which Michael Adler and Dimitra Tzortzatos may file pro hac vice applications (as set on the July 9, 2012 Minute Orders, Docket Nos. 16 and 17) shall be extended to August 27, 2012.

7. Defendants have agreed to the contents of this motion.

DATED this 27th day of July, 2012.

HOLLAND & HART LLP

By  /s/ Robert C. Ryan
Robert C. Ryan
Craig H. Macy
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3042
rcryan@hollandhart.com

George T. Schooff
*Pro Hac Vice*
Harness, Dickey & Pierce, PLC
5445 Corporate Dr., Suite 200
Troy, MI 48098
(248) 641-1600
gschooff@hdp.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

DATED this 27th day of July, 2012.



_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE